# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PIERRE CARL BERGERE,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:12-CV-00250-GMN-(CWH)

**ORDER**

    Mail from the court was returned (#2), with the notation that plaintiff is no longer in custody at the High Desert State Prison. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    DATED this 5th day of March, 2012.

GLORIA M. NAVARRO
United States District Judge